[No. 11739-1-III.   Division Three.   December 8, 1992.]

JAMES A. FRANZ, ET AL, *Appellants*, v. RICHARD S. MORGAN, SR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-02914-4, Thomas E. Merryman, J., entered June 24, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 11665-4-III.   Division Three.   December 8, 1992.]

*In the Matter of the Marriage of* YVONNE R. PRATER, *Appellant, and* GENE PRATER, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-3-00215-9, Michael E. Cooper, J., entered May 20, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11267-5-III.   Division Three.   December 8, 1992.]

FARM CREDIT BANK OF SPOKANE, *Respondent*, v. WILLIAM C. SANOWSKI III, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-2-00514-0, Evan E. Sperline, J., entered November 16, 1990. *Affirmed in part, reversed in part*, and *vacated* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, J.